BEFORE THE SECOND DIVISION, MARCH 9, 1949

**No. 52918.**—Katz Berk Hat Body Corp. *v.* United States, protest 944804–G (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of hats composed of manila hemp, not blocked or trimmed, similar in all material respects to the merchandise the classification of which was involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the claim of the plaintiff was sustained.